IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | 8:12CV259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| METROPOLITION COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on Plaintiff's Motion to Dismiss (Filing No. 5), which the court liberally construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. A plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Defendant has not been served with the Complaint. Therefore, in accordance with Federal Rule of Civil Procedure 41(a),

    IT IS THEREFORE ORDERED that: Plaintiff's Motion to Dismiss (Filing No. 5), construed as a motion to voluntarily dismiss, is granted and this matter is dismissed without prejudice. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot. A separate judgment will be entered in accordance with this Memorandum and Order.

    DATED this 8th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.